UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                     Cr. No. 22-20321

v.                                    Honorable Terrence G. Berg

JOSHUA MOTLEY, D-7,

        Defendant.
_____/

**ORDER UNSEALING EXHIBIT A TO JOSHUA MOTLEY'S SUPPLEMENTAL BRIEF [ECF No. 213]**

For the reasons stated in Joshua Motley's Motion to Unseal Exhibit A to his Supplemental Brief [ECF No. 213], Exhibit A is hereby unsealed. Specifically, Exhibit A contains information regarding a traffic-related conviction that was previously expunged from Mr. Motley's record. The information regarding the expunged conviction is non-public, but regardless, Mr. Motley wishes Exhibit A to be open on the docket. Exhibit A does not contain private or protected information regarding anyone else.

Local Rule 5.3(b), its commentary, and Sixth Circuit caselaw support the unsealing of Exhibit A. Specifically, LR 5.3(b) provides directions for the sealing of court records. The comments to the 2018 revisions to LR 5.3(b) provide that "there is a strong presumption in favor of openness as to court records. The burden

1

of overcoming this presumption . . . is a heavy one and only the most compelling reasons can justify non-disclosure of judicial records." Indeed, "the public has a strong interest in obtaining the information contained in the court record." *Shane Grp., Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305 (6th Cir. 2016) (quotation omitted). See also *Beuchamp v. Fed. Home Loan Mortgage Corp.*, 658 Fed. App'x 202 (6th Cir. 2016), and *Rudd Equipment Co. v. John Deere Const. & Forestry Co.*, 834 F.3d 589 (6th Cir. 2016).

The government concurs in the relief requested.

Therefore, Mr. Motley's Motion to Unseal Exhibit A is granted, and Exhibit A to ECF No. 213 shall be unsealed forthwith.

**SO ORDERED.**

s/Terrence G. Berg<br>
HONORABLE TERRENCE G. BERG<br>
United States District Judge

Dated: November 21, 2024